AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 13 2019
BY ARTHUR JOHNSTON DEPUTY

| | |
|---|---|
| United States of America<br>v.<br>Juan Felipe Perez-Rodriguez<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 2:19 mj 24 -MTP<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____August 7, 2019____ in the county of ____Jasper____ in the ____Southern____ District of ____Mississippi____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1253(a)(1)(A) | Failure to Depart |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Brent Druery, SA HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __08/13/2019__

_____
Judge's signature

City and state: ____Jackson, Mississippi____     Mike T. Parker, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT FOR PROBABLE CAUSE FOR
## A COMPLAINT AND ARREST WARRANT

I, Brent Druery, being duly sworn, do hereby depose and state the following:

### INTRODUCTION AND AGENT BACKGROUND

1. I am employed as a Special Agent with Homeland Security Investigations ("HSI"), assigned to the Resident Agent in Charge in Jackson, Mississippi. I have been so employed since November of 2002. I have received training and been assigned to conduct investigations of criminal violations of the United States Code as enumerated in Titles 8, 18, 19, 21, 22, 31 and various other federal statutes.

2. I submit this affidavit based on information known to me personally from the investigation, as well as information obtained from others who have investigated the matter or have personal knowledge of the facts herein. This affidavit is being submitted in support of a criminal complaint against Juan Felipe Perez-Rodriguez, and, as such, does not include all the information known to me as part of this investigation, but only information sufficient to establish probable cause for the issuance of a criminal complaint against Juan Felipe Perez-Rodriguez for violating Title 8, United States Code, Sections 1253(a)(1)(A), failure to depart the United States after a final order of removal under administrative processes.

### PROBABLE CAUSE

3. On August 07, 2019, Immigration and Customs Enforcement (ICE) executed seven criminal and administrative search warrants at chicken processing company locations across the Southern District of Mississippi. During the execution of the search warrant at Peco Foods, 95 Commerce Drive, Bay Springs, Mississippi 39338, ICE officials encountered Juan Felipe Perez-Rodriguez (Alien #▬3758), an illegal alien from Guatemala. Queries within ICE databases revealed Juan Felipe Perez-Rodriguez was previously encountered on February 9, 2001, near

Jackson, Mississippi, placed in deportation proceedings, and released. Juan Felipe Perez-Rodriguez was ordered removed on June 4, 2001, by an Immigration Judge. Queries within ICE databases yielded negative results for outbound border crossing for Perez-Rodriguez. When encountered on August 7, 2019, Juan Felipe Perez-Rodriguez was employed utilizing the alias John Gonzalez.

## CONCLUSION

5. Based on these underlying facts and circumstances, as set forth above, it is my belief that probable cause exists showing that Juan Felipe Perez-Rodriguez, is a citizen and national of Guatemala, illegally present in the United States, who has previously been ordered removed from the United States and failed to depart within 90 days following the final order of removal, and thereafter was found in the United States, in violation of Title 8, United States Code, Sections 1253(a)(1)(A).

Respectfully submitted,

_____
Brent Druery
Special Agent
Homeland Security Investigations

SWORN to before me on this \_\_13\_\_ day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE